AAS/aas
AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
2019R00500

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

NOV 07 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES OF AMERICA

v.

PATRICK LLOYD HENRY

Case No. 19-MJ-734 ECW

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 12, 2019, in Olmsted County, in the State and District of Minnesota, defendant(s)

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and after having three or more convictions for a violent felony or a serious drug offense, did knowingly possess a firearm, that is, a Kel-TEC P11 9mm semi-automatic handgun, serial number AA8P42, said firearm having been shipped and transported in interstate commerce,

in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_David Carriker_
Complainant's signature

David Carriker, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/7/2019

City and State: St. Paul, MN

_[signature]_
Judge's Signature

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
Printed Name and Title

SCANNED
NOV 07 2019
U.S. DISTRICT COURT ST. PAUL