```
UNITED STATES DISTRICT COURT
     DISTRICT OF MINNESOTA
```

| UNITED STATES OF AMERICA, | ) | **INDICTMENT**  19-cr-303 SRN/KMM |
|---|---|---|
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
|  | ) | 18 U.S.C. § 924(e) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
|  | ) | 18 U.S.C. § 2461(c) |
| PATRICK LLOYD HENRY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about March 12, 2019, in the State and District of Minnesota, the defendant,

**PATRICK LLOYD HENRY**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, at least three of which were a violent felony or serious drug offense committed on occasions different from one another:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Felony Domestic Assault | Olmsted County, Minn. | July 10, 2012 |
| Third Degree Controlled Substance Sale | Olmsted County, Minn. | April 3, 2018 |
| Felon in Possession of a Firearm | Olmsted County, Minn. | April 3, 2018 |
| First Degree Controlled Substance Sale | Olmsted County, Minn. | April 3, 2018 |

and knowing he had been convicted of least one crime punishable by imprisonment for a

term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Kel-Tec P11 9mm semi-automatic handgun, serial number AA8P42, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## **FORFEITURE ALLEGATIONS**

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

As a result of the forgoing offense, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in or used in any knowing violation of Sections 922(g) and 924(e), including, but not limited to, a Kel-Tec P11 9mm semi-automatic handgun, serial number AA8P42, and any ammunition and accessories seized therewith, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(e)(1), and 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY            FOREPERSON